USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/2022

**MEMORANDUM ENDORSEMENT**

<u>Wilmington PT Corp. v. Peralta Rosario et al</u>, No. 19-cv-2642 (NSR)


      The Court is in receipt of the attached letter motion from Plaintiff Wilmington PT Corp. on consent of the parties, dated April 13, 2022, requesting a settlement conference to be scheduled before a magistrate judge and for the motion to dismiss briefing schedule to be stayed.  (ECF No. 79.)

      The parties' requests are GRANTED.  The briefing schedule for Defendants' motion to dismiss as set forth in the Court's Order dated April 13, 2022 (ECF No. 78) is hereby vacated.  The Court has issued an Order referring this action to Magistrate Judge Andrew E. Krause for a settlement conference.  (ECF No. 80.)  The parties are directed to proceed with the settlement conference and to inform this Court in writing within three days of the settlement conference as to whether a settlement was reached or whether the parties will proceed with motion practice.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 79.


DATED: May 17, 2022

White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Case 7:19-cv-02642-NSR   Document 81   Filed 05/17/22   Page 2 of 2



THE

# MARGOLIN & WEINREB

L A W   G R O U P   L L P
ATTORNEYS AT LAW

165 Eileen Way, Suite 101
Syosset, New York 11791

T. (516) 921-3838
F. (516) 921-3824
www.nyfclaw.com

ALAN WEINREB, ESQ.        C. LANCE MARGOLIN, ESQ.        CYNTHIA A. NIERER, ESQ.

April 13, 2022

*Via ECF*
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:      Wilmington PT Corp. v. Peralta-Rosario, et al., Docket No.: 7:19-cv-2642-NSR

Dear Judge Román,

　　　　We represent Plaintiff Wilmington PT Corp. ("Plaintiff") in the above-referenced matter. Please accept this letter on consent of the parties as a request for a Settlement Conference to be scheduled with the Magistrate Judge at the convenience of the Court. The reason for this request is that the parties would like to resolve this foreclosure action and believe that the Court can assist to facilitate same.

　　　　In light thereof, and in order to conserve the resources of the parties to be utilized towards settlement rather than litigation, we respectfully request that the briefing schedule entered on April 13, 2022 [Docket No. 78] be stayed pending the outcome of the Settlement Conference.

　　　　We thank the Court for its review of our request.

Respectfully Submitted,

*/s/ Alan H. Weinreb*
Alan H. Weinreb

cc: Andrew J. Spinnell, Esq. (via ECF)

**WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

The Margolin & Weinreb Law Group, LLP may be a debt collector attempting to collect a debt and any information obtained may be used for that purpose. If you are in a pending bankruptcy proceeding, The Margolin & Weinreb Law Group, LLP will take no action, except as allowed under the Bankruptcy Code. If you received a Chapter 7 discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement against the collateral property.

